**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**CIVIL ACTION - LAW**

**IN RE: TBS VENTURE, INC.**            :        Case No. 20-12260-amc
                                        :
**Debtor in Possession**                :

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

Creditor, Kelsey Gibson, has filed a Motion with the court for relief from the automatic stay.

1. <u>**Your rights may be affected**</u>.  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before **<u>SEPTEMBER 16, 2020</u>, you or your attorney must file a response to the Motion**.  *(see Instructions below).*

3. **A hearing on the Motion** is scheduled to be held on **SEPTEMBER 16, 2020 at 12:30 p.m. in Courtroom Nix-4, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107, before the Honorable Judge Ashely M. Chan**.

4. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408-2800 and for Reading cases at (610) 208-5040 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed in paragraph 10 below.

### Filing Instructions

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

8. **If you are not required to file electronically**, you must file your response at:

> United States Bankruptcy Court
> Eastern District of Pennsylvania
> 900 Market Street, Suite 400
> Philadelphia, PA 19107

9. **If you mail your response** to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 above.

10. On the same day that you file or mail your response to the Motion, you must mail or deliver a copy of the Response to Movant's attorney:

> Mark K. Altemose, Esquire
> Cohen Feeley Altemose & Rambo
> 2851 Baglyos Circle, Suite 200
> Bethlehem, PA 18020
> Phone:  610-625-2100
> Fax:  610-332-2722
> Email: maltemose@cohenfeeley.com

Date:  August 19, 2020